## PARAMORE v. NABERS ET AL.

1. **Assignment:** EXPRESS LIEN. If a debt is secured by an express lien upon property, by an agreement of the parties, the assigment of the debt secured by such lien will give to the assignee the benefit of the lien.

*Appeal from Lee Circuit Court.*

WEDNESDAY, APRIL 5.

THE petition in this case avers that on the 3rd day of May, 1870, defendants made their promissory note, payable to the order of John Wilson, for $1,433.33, due in two years, upon which is the following indorsement:

"For value received, I hereby assign the within note to G. C. Paramore.

"May 16, 1871. [Signed] JOHN WILSON."

That said note was given for part of the purchase money for certain real estate. That Wilson, the payee of the note, gave

to defendants a bond for a deed by which he was to convey the title to them upon payment of the note in question and other notes given for said land. Plaintiff claims judgment against the makers of the note and a vendor's lien on said real estate.

To this petition defendants demur, and allege as grounds therefor that plaintiff, as assignee of Wilson, cannot enforce the lien on the land against the owner; that the title bond is a personal obligation and can only be enforced by the parties therein named. The demurrer was overruled. Judgment for plaintiff, and defendants appeal.

*M. B. Davis* and *Casey & Hobbs*, for appellants.

*Gilmore & Anderson*, for appellee.

ROTHROCK, J.—The only question presented is, did the assignment of the note by the payee to the plaintiff operate as an assignment of the lien for the purchase money? It is well settled that if a debt is secured by an express lien, as where there is a mortgage, or where the vendor has not parted with the legal title but holds the same as security for the purchase money, an assignment of the debt entitles the assignee to the benefit of the lien. *Hecht v. Spears*, 27 Ark., 229, and authorities there cited; *Rakestraw v. Hamilton*, 14 Iowa, 147. "As a general proposition, if a debt is secured by an express lien upon property by agreement of the parties, an assignment of the debt secured by such lien will give the assignee the benefit of such lien." Washburn on Real Prop., vol. 1, p. 540.

AFFIRMED.